UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Pamela Knox, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-01045-UNA |
| ) | |
| J. Grady Randolph, Inc., et al, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The above styled and numbered case was opened on August 20, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:21-cv-00053-**NAB**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-01045 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: August 23, 2021        By: /s/ Michele Crayton
                                  Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:21-cv-00053-NAB.**